**Antonio Difuntorum FORTES, Jr., Plaintiff—Appellant,**

v.

**David JAMES, Defendant—Appellee.**

No. 03–16046.

D.C. No. CV–02–02026–GEB(KJM).

United States Court of Appeals, Ninth Circuit.

Submitted Jan. 12, 2004.*

Decided Jan. 15, 2004.

---

Antonio Difuntorum Fortes, Jr., Dixon, CA, for Plaintiff–Appellant.

Matthew M. Grigg, Gary M. Lepper, Lepper & Harrington, Walnut Creek, CA, for Defendant–Appellee.

Before BEEZER, HALL and SILVERMAN, Circuit Judges.

## MEMORANDUM**

Antonio Difuntorum Fortes, Jr. appeals pro se the district court's judgment dismissing of his 42 U.S.C. § 1983 action alleging that several employees of Solano County violated his First, Fourth and Fifth Amendment rights. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo a dismissal on statute of limitations grounds, *Santa Maria v. Pacific Bell,* 202 F.3d 1170, 1175 (9th Cir.2000), and we affirm.

The district court properly dismissed Fortes' action for untimeliness because the limitations period began running on September 7, 2001, *see Elliott v. Union City,* 25 F.3d 800, 802 (9th Cir.1994), and Fortes filed his complaint on September 16, 2002, *see Carpinteria Valley Farms, Ltd., v. County of Santa Barbara,* 344 F.3d 822, 828 (9th Cir.2003) (statute of limitations for California personal injury claims brought under section 1983 is one year).

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.